UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:21-cr-20506

v.                                              Honorable Thomas L. Ludington
                                                   United States District Judge

BRANDON LAMONT JONES-YOUNG,

                                                   Honorable Patricia T. Morris
        Defendant.                       United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Brandon Lamont Jones-Young's consent. On November 8, 2021, Judge Morris issued her Report and Recommendation, recommending that this Court accept Defendant's guilty plea. ECF No. 23.

Although the Report states that the parties could object to and seek review of the recommendations within 14 days of service, neither Plaintiff nor Defendant filed any objections. Therefore, they have waived their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 23, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 22, is taken **UNDER ADVISEMENT**.

    Dated: November 23, 2021                                  s/Thomas L. Ludington
                                                                             THOMAS L. LUDINGTON
                                                                              United States District Judge